DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE S. ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1653

[October 14, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312012CF001548A.

Dominique S. Allen, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY, and KLINGENSMITH, JJ. concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***